UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN L. YOUNG AND DONNA M. YOUNG | * | CIVIL ACTION |
| | * | |
| | * | NO. 06-8185 |
| VERSUS | * | |
| | * | SECTION " K " |
| STATE FARM FIRE AND CASUALTY | * | |
| COMPANY | * | MAGISTRATE: 5 |
| | * | |

*************************************************

### ORDER

Considering the foregoing Motion,

IT IS HEREBY ORDERED, ADJUGED AND DECREED that the Joint Motion to Remand is hereby granted and that this cause of action if hereby remanded to the First City Court for the Parish of Orleans.

_____
JUDGE

New Orleans, Louisiana this 29th day of December, 2006.

1

OUR FILE NO. 895-0175